# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0150

VERSUS

ABRAHAM HOPKINS

**MARCH 22, 2024**

---

In Re:    Abraham Hopkins, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 01-11-0101.

---

BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.

    **WRIT DENIED ON THE SHOWING MADE.**    Relator failed to
include: the application for postconviction relief, the district
court's ruling denying the application for postconviction
relief, pertinent district court minutes, and the State's
answer, if any, the commissioner's report, and any other
portions of the district court record that might support the
claims raised in the writ application. Supplementation of this
writ application and/or an application for rehearing will not be
considered. <u>See</u> Uniform Rules of Louisiana Courts of Appeal,
Rules 2-18.7 & 4-9.    In the event relator elects to file a new
application with this court, he may do so without the necessity
of obtaining a return date.    Any future filing on this issue
should include the entire contents of this application, the
missing items noted above, and a copy of this ruling.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT